FILED

## UNITED STATES DISTRICT COURT

For the Middle DISTRICT of FLORIDA

2011 NOV 16 AM 11: 00

CLERK, US DISTRICT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

| | | |
|---|---|---|
| Joseph V. Moore | ) | Civil Action No. |
| _____ | ) | 3:11-CV-1132-J-20 TEM |
| Plaintiff | ) | |
| v. | ) | |
| | ) | COMPLAINT |
| St. Augustine, FL Police Department and Texaco Inc. | ) | PLAINTIFF DEMANDS TRIAL |
| | ) | BY JURY |
| _____ | ) | |
| Defendant | ) | |

1. At all times hereinafter mentioned, plaintiff was and is a resident of the city of Saint Augustine, Saint John's County, and the State of Florida.

   Defendant, Saint Augustine Police Department is a city agency with the department address at: 151 King Street, Saint Augustine, Florida 32084.

   Defendant, Texaco Inc. is a corporation incorporated under the laws of the State of Texas and is licensed to do business in the State of Florida having a main office at: P.O. Box 4000, Bellaire, Texas 77402-4000. The Texaco Inc. address in question for the claim is: Texaco Express Lube, 651 S. Ponce de Leon Blvd., Saint Augustine, Florida 32084, in the city of Saint Augustine under jurisdiction of the Saint Augustine Police Department, both of the State of Florida.

2. The jurisdiction of this court is pursuant to 42 US Code section 1983 and 1985.
3. The arresting officer did in fact knowingly make false statements in a police report to include a false confession in a felony case. The arresting officer did knowingly withhold exculpatory evidence in a felony case. The arresting officer did knowingly mishandle evidence to wrongfully secure conviction in a felony case. Texaco Inc. employees and management did knowingly write false statements and destroy exculpatory evidence in a felony case. Texaco Inc. employees and management did conspire with the arresting officer to deprive the plaintiff of his civil rights and due process rights in a felony case. The felony case was found to be without merit and dismissed by the State of Florida not in conjunction with the efforts of the arresting officer and Texaco Inc.
4. WHEREFOE, plaintiff demands
   Money damages in the amount of $1,258,400
   Permanent injunction against the defendants from mishandling evidence, falsifying police reports, conspiring to mishandle evidence, reporting false confessions, and destroying evidence in the course of a felony investigation
   And any further relief which the court may deem appropriate.

27 October 2011

Joseph V. Moore
700 W. Pope Road I-71
Saint Augustine, FL 32080
Phone: (904) 392-6537

UNITED STATES DISTRICT COURT
DISTRICT OF ~~MASSACHUSETTS~~ Middle District of Florida

1. Title of case (name of first party on each side only) __Joseph V. Moore vs. Saint Augustine, Fl Police Department__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   - [ ] I.   410, 441, 470, 535, 830*, 891, 893, 894, 895, R.23, REGARDLESS OF NATURE OF SUIT.
   - [✓] II.  110, 130, 140, 160, 190, 196, 230, 240, 290, 320, 362, 370, 371, 380, 430, 440, 442-446, 710, 720, 730, 740, 790, 820*, 840*, 850, 870, 871.
   - [ ] III. 120, 150, 151, 152, 153, 195, 210, 220, 245, 310, 315, 330, 340, 345, 350, 355, 360, 365, 368, 385, 400, 422, 423, 450, 460, 462, 463, 465, 480, 490, 510, 530, 540, 550, 555, 610, 620, 625, 630, 640, 650, 660, 690, 791, 810, 861-865, 875, 890, 892, 900, 950.

   *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?
   YES [ ]   NO [✓]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)
   YES [ ]   NO [✓]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?
   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?
   YES [ ]   NO [✓]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the ~~Commonwealth of~~ State of Florida ~~Massachusetts~~ ("governmental agencies"), residing in ~~Massachusetts~~ Florida reside in the same division? - (See Local Rule 40.1(d)).
   YES [ ]   NO [✓]

   A. If yes, in which division do all of the non-governmental parties reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?
      Eastern Division [ ]   Central Division [ ]   Western Division [ ]

   US Court Texas Southern District

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)
   YES [✓]   NO [ ]

   Pro Se litigant

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _____
ADDRESS _____
TELEPHONE NO. _____

(CategoryForm4-4-11.wpd - 4/4/11)