UNITED STATES DISTRICT COURT

For the Middle DISTRICT of FLORIDA

FILED

2012 APR 12 AM 8: 54

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

| | | |
|---|---|---|
| Joseph V. Moore | ) | Civil Action No. |
| _____ | ) | 3:11-cv-1132-J-20TEM |
| Plaintiff | ) | |
| v. | ) | |
| | ) | COMPLAINT |
| City of St. Augustine, Florida | ) | PLAINTIFF DEMANDS TRIAL |
| _____ | ) | BY JURY |
| Defendant | ) | |

This is an amendment to the case of Joseph V. Moore v. The St. Augustine, FL Police Dept. and Texaco Inc., case number: 3:11-cv-1132-J-20TEM.

1. At all times hereinafter mentioned, plaintiff was and is a resident of the city of Saint Augustine, Saint John's County, and the State of Florida.

   Defendant, The City of Saint Augustine, Florida has the address of: 75 Kings St., St. Augustine, FL 32085, and has a police agency. Saint Augustine Police Department is a city agency with the department address at: 151 King Street, Saint Augustine, Florida 32084. The proper defendant being the City of Saint Augustine, Florida. Thompson v. Sarasota County Police Dept., No. 8:09-cv-585-T-30TBM, 2009 WL 1850314, at *3(M.D. Fla. June 26, 2009). Also, Florida courts have found that the city police department is not a legal entity and has no legal existence separate and apart from the city, Mann v Hillsborough County Sheriff's Office, 946 F. Supp. 962, 970-71 (M.D. Fla. 1996)

2. The jurisdiction of this court is pursuant to 42 US Code section 1983 and 1985.

3. On March 25 2011, the arresting officer did in fact knowingly make false statements in a police report to include a false confession in a felony case Fox v. Will County Northern District of Illinois, 1:04-cv-07309. The arresting officer did knowingly withhold exculpatory evidence in a felony case. The arresting officer did knowingly mishandle evidence to wrongfully secure conviction in a felony case: Baker v. City of Hollywood Florida Southern District case no. 08-60294-cv-PCH. The felony case was found to be without merit and dismissed by the State of Florida not in conjunction with the efforts of the arresting officer and St. Augustine Police Department and the City of Saint Augustine.

4. WHEREFOE, plaintiff demands
   Money damages in the amount of $1,258,400Permanent injunction against the defendants from mishandling evidence, falsifying police reports, conspiring to mishandle evidence, reporting false confessions, and destroying evidence in the course of a felony investigation
   And any further relief which the court may deem appropriate.

10 April 2012

Joseph V. Moore
700 W. Pope Road I-71
Saint Augustine, FL 32080
Phone: (904) 392-6537
Surfer65er@yahoo.com