UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**JOSEPH V. MOORE,**

    **Plaintiff,**

v.                                                   Case No.: 3:11-cv-1132-HES-TEM

**ST. AUGUSTINE, FL. POLICE
DEPARTMENT and TEXACO, INC.,**

    **Defendants.**
_____/

## ORDER

This cause is before this Court following this Court's Order (Dkt. 21, signed June 20, 2012) granting Defendant City of St. Augustine's Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 18, filed May 8, 2012). In the Order granting Defendant's Motion, this Court detailed how Plaintiff's First Amended Complaint failed to follow Rules 8 and 10 of the Federal Rules of Civil Procedure. Namely, the First Amended Complaint did not provide a short and plain statement of the facts that Plaintiff alleges entitle him to relief, and Plaintiff did not limit the averments in each paragraph to a single set of circumstances. Instead, Plaintiff cited numerous cases without adequately explaining the reason for the citations. In sum, Plaintiff's First Amended Complaint did not make clear what claims are being advanced, the factual basis entitling Plaintiff to relief, or the underlying law entitling Plaintiff to relief.

In the Order dismissing Plaintiff's First Amended Complaint, this Court gave Plaintiff one last opportunity to comply with the Federal Rules of Civil Procedure. This Court directed Plaintiff to file a second amended complaint within fourteen (14) days from the date of the Order, cautioning Plaintiff that "failure to do so will result in this case being immediately dismissed . . . ." On July 2, 2012, Plaintiff filed a document styled as "Plaintiff's Amended Motion to answer Defendant's Motion to Dismiss" (Dkt. 23). This document was not responsive to this Court's Order. Plaintiff's

document bears little resemblance to a well-pleaded complaint, making multiple and seemingly unrelated factual allegations in single paragraphs. Plaintiff's document does not set forth "a short and plain statement of the claim showing that the pleader is entitled to relief," Fed. R. Civ. P. 8(a)(2), and it does not "state [his] claims . . . in numbered paragraphs, each limited as far as practicable to a single set of circumstances," Fed. R. Civ. P. 10(b). This Court is left guessing as to what exactly Plaintiff is alleging and whether he is entitled to any relief. This Court warned Plaintiff that this was his last chance to conform to the Federal Rules, and Plaintiff has failed to heed that warning.

Accordingly, it is **ORDERED**:

1. Plaintiff's "Amended Motion to answer Defendant's Motion to Dismiss" (Dkt. 23, filed July 2, 2012) is **STRICKEN** for failing to comply with this Court's Order;

2. Plaintiff's action is **DISMISSED without prejudice**;

3. The Clerk is directed to **TERMINATE** all pending motions and **CLOSE** the case.

**DONE AND ENTERED** at Jacksonville, Florida this ___ day of July, 2012.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Joseph V Moore, *Pro Se*
Heath L. Vickers, Esq.
Billie Jo Taylor, Esq.
Kristen M. Van der Linde, Esq.
Susan S. Erdelyi, Esq.

2